```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

POLK COUNTY, FLORIDA,

    Plaintiff,

v.                                    Case No: 8:18-cv-1814-T-33AAS

PURDUE PHARMA L.P., ET AL.,

    Defendants.
_____/

## ORDER STAYING CASE

This matter comes before the Court sua sponte. The Court notes that this case may be subject to transfer for multidistrict litigation: MDL 2804 In Re National Prescription Opiate Litigation.

In the interest of judicial economy, this Court stays this matter (including the disposition of all pending motions and pending deadlines) until such time as the Panel has dispositively ruled as to whether this case will be transferred to another court for consolidated multidistrict litigation. In so staying this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the stay is reasonable.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Panel has dispositively ruled as

to whether this case will be transferred to another court for consolidated multidistrict litigation.

(2) The parties shall immediately inform the Court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of July, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE